USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLA A. CHIN,

                              Plaintiff,

            -against-

COVENANT HOUSE NY,

                              Defendant.

1:25-CV-9991 (MKV)

ORDER OF SERVICE

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff Nicola A. Chin brings this action *pro se* and asserts claims of retaliation and employment discrimination against her former employer, Covenant House NY ("CHNY"), of New York, New York. She asserts claims under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act of 1967, the Americans with Disabilities Act of 1990, the Family and Medical Leave Act of 1993, and the New York State and City Human Rights Laws.

By order dated December 9, 2025, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. The Court directs service on CHNY.

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on assistance from the Court and the United States Marshals Service ("USMS") to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The

---

[1]Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that a summons for CHNY be issued. The Court therefore extends the time to serve CHNY until 90 days after the date that a summons for CHNY issues.

officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on CHNY through the USMS, the Clerk of Court is instructed to fill out a USMS Process Receipt and Return form ("USM-285 form") for CHNY. The Clerk of Court is further instructed to issue a summons for CHNY and deliver to the USMS all the paperwork necessary for the USMS to effect service of a summons and the complaint on CHNY.

If a summons and the complaint are not served on CHNY within 90 days after the date that a summons for CHNY is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss this action if she fails to do so.

## CONCLUSION

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court also directs the Clerk of Court to: (1) issue a summons for Defendant Covenant House NY; (2) complete a USM-285 form for that defendant; and (3) deliver all documents necessary to effect service of a summons and the complaint on that defendant to the USMS.

SO ORDERED.

Dated:   3/10/2026
      New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge

2

**SERVICE ADDRESS FOR DEFENDANT**

Covenant House NY
460 West 41st Street
New York, New York 10036