USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLA A. CHIN,

Plaintiff,

-against-

COVENANT HOUSE NY,

Defendant.

1:25-CV-9991 (MKV)

ORDER OF SERVICE

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff Nicola A. Chin brings this action *pro se* and asserts claims of retaliation and employment discrimination against her former employer, Covenant House NY ("CHNY"), of New York, New York. She asserts claims under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act of 1967, the Americans with Disabilities Act of 1990, the Family and Medical Leave Act of 1993, and the New York State and City Human Rights Laws.

By order dated December 9, 2025, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. [ECF No. 8]. Thereafter, the Court issued an Order of Service directing the United States Marshals Service ("USMS") to effect service on CHNY. [ECF No. 13]. The Court also extended the service deadline through 90 days from the issuance of a summons. *Id.* at 1 n.1. Shortly thereafter, and before any indication that service had been effected, Plaintiff filed an amended complaint. [ECF No. 15].

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on assistance from the Court and the USMS to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve

all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on CHNY through the USMS, the Clerk of Court is instructed to fill out a new USMS Process Receipt and Return form ("USM-285 form") for CHNY. The Clerk of Court is further instructed to issue a new summons for CHNY and deliver to the USMS all the paperwork necessary for the USMS to effect service of the new summons and the amended complaint on CHNY.

If the new summons and the amended complaint are not served on CHNY within 90 days after the date that the new summons for CHNY is issued, Plaintiff should—as she has previously been instructed, [ECF No. 13] at 2—request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service). Plaintiff also must notify the Court in writing if her address changes. If Plaintiff fails to follow these instructions, the Court may dismiss this action for failure to prosecute and comply with Court Orders.

**CONCLUSION**

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court also directs the Clerk of Court to: (1) issue a new summons for Defendant Covenant House NY; (2) complete a new USM-285 form for that defendant; and (3) deliver all documents necessary to effect service of the new summons and the amended complaint on that defendant to the USMS.

SO ORDERED.

Dated: July 6th, 2026
New York, New York

Mary Kay Vyskocil

MARY KAY VYSKOCIL
United States District Judge

**SERVICE ADDRESS FOR DEFENDANT**

Covenant House NY
460 West 41st Street
New York, New York 10036